No. 01–6673.  EURY v. EDWARDS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 01–6676.  PARKER v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–6678.  YEN MAO CHIU v. AYERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–6680.  DAY v. SEABOLD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–6683.  BRANT v. SWIFT-ECKRICH, INC., DBA ARMOUR SWIFT ECKRICH CONSUMER PRODUCTS CO.  C. A. 8th Cir.  Certiorari denied.

No. 01–6684.  BURRISS v. SMALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–6691.  TAYLOR v. HOWARDS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–6697.  DAVIS v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–6747.  KAPLAN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 01–6905.  MASON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 01–6936.  CASTANEDA-ULLOA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–6957.  MARTINEZ-RODRIGUEZ, AKA SANCHEZ-HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6959.  CARRASCO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6960.  CALDWELL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.